# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161492(43)

*In re* CERTIFIED QUESTIONS FROM THE
UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF MICHIGAN,
SOUTHERN DIVISION

_____

MIDWEST INSTITUTE OF HEALTH, PLLC,
doing business as GRAND HEALTH PARTNERS,
WELLSTON MEDICAL CENTER, PLLC,
PRIMARY HEALTH SERVICES, PC, and
JEFFERY GULICK,
        Plaintiffs,

v

                                       SC: 161492
                                       USDC-WD: 1:20-cv-414

GOVERNOR OF MICHIGAN, MICHIGAN
ATTORNEY GENERAL, and MICHIGAN
DEPARTMENT OF HEALTH AND HUMAN
SERVICES DIRECTOR,
        Defendants.

_____/

      On order of the Chief Justice, the motion of the LONANG Institute to file a supplemental brief amicus curiae is GRANTED. The supplemental amicus brief submitted on September 15, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

      September 25, 2020          

                                               Clerk